IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE ELECTRICAL<br>WELFARE TRUST FUND, ET AL.<br>Plaintiff(s) | *<br>*<br>* | |
| vs. | * | Civil Action No.: CCB-02-1272 |
| COLE CO. ELECTRICAL SERVICES<br>Defendant(s) | * | |

******

## ORDER

Plaintiffs having failed to serve the summons and complaint upon the above named defendants within 120 days after the filing of the complaint, it is, this 22 day of August 2002,

ORDERED that plaintiffs show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Catherine C. Blake
United States District Judge

U.S. District Court (Rev. 1/2000)