UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE ELECTRICAL WELFARE :
TRUST FUND, ET AL.                  :
                                    :
         Plaintiffs,                :
                                    :
v.                                  :
                                    :   Civil No. ~~DKC~~ CCB-02-1272
COLE CO. ELECTRICAL SERVICES        :
                                    :
         Defendant.                 :

## ORDER

Upon due consideration of Plaintiff's Motion for Judgment by Default, it is this 20th day of September, 2002, hereby

**ORDERED,**

1. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the National Electrical Benefit Fund in the amount of contributions, liquidated damages, and interest, for an audit not yet performed by the Funds through the date of the Order;

2. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Welfare Fund in the amount of contributions, liquidated damages, and interest, for an audit not yet performed by the Funds through the date of the Order;

3. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Pension Fund in the amount of contributions, liquidated damages, and interest, for an audit not yet performed by the Funds through the date of the Order;

4. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Apprenticeship Fund in the amount of contributions, liquidated

damages, and interest, for an audit not yet performed by the Funds through the date of the Order;

5. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs, Trustees of the Individual Account Fund in the amount of contributions, liquidated damages, and interest, for an audit not yet performed by the Funds through the date of the Order;

6. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs Local 26 in the amount of contributions for Working Dues for an audit not yet performed by the Funds through the date of the Order;

7. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs National Labor Management Cooperation Committee in the amount of contributions from audit not yet performed by the Funds through the date of the Order;

8. That Judgment by Default be entered against the Defendant in favor of the Plaintiffs Labor Management Cooperation Committee in the amount of contributions from audit not yet performed by the Funds through the date of the Order;

9. That Judgment by Default be entered against the Defendant in favor of all of the Plaintiffs as Trustees for attorney's fees and costs of $ 1,983.21;

10. That Defendant be required to provide information to the auditor of the Funds and the Funds, and permit audit by the Auditor and the Funds, within ten (10) days of the date of the Order, or be charged $ 100.00 per day thereafter.

_____
Judge, United States District Court

Copies to:

James W. Burton
McChesney & Dale, P.C.
4000 Mitchellville Road
Suite 222
Bowie, Maryland 20716
(301) 805-6080
Counsel for Plaintiffs

Cole Co. Electrical Services
151 Wilson Clark Lane
Centreville, Maryland 21617-1928